IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 22-373 |
| | : | |
| AMIR WILSON | : | |

**ORDER**

AND NOW, this 30th day of September, 2024, upon consideration of Defendant Amir Wilson's Motion for Acquittal or a New Trial (ECF No. 77) and the Government's response thereto (ECF No. 80), and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED the Motion is DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.